UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELLEARD B. HERRERN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  4:08CV428 CDP |
| ) | |
| TRAVELERS PROPERTY ) | |
| CASUALTY CO. OF AMERICA ) | |
| and ) | |
| ALOYSE CULVER MCSHANE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| ALOYSE CULVER MCSHANE, ) | |
| ) | |
| Defendant/Third Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FIREMAN'S FUND ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Third Party Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Third Party Defendant's motion to Amend the Scheduling Order in this matter [#34] is granted and the existing deadlines in the previously issued Case Management Order are **VACATED**.

**IT IS FURTHER ORDERED** that this matter is set for a telephone scheduling

conference on **Wednesday, March 4, 2009 at 12:30 p.m.**  Counsel for the plaintiff is responsible for placing the call and having all parties on the line before contacting my chambers at 314-244-7520.

    **IT IS FINALLY ORDERED** that the no later than **February 25, 2009**, counsel shall file with the Clerk of the Court a joint proposed scheduling plan for the remainder of this case.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of February, 2009.